UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA HIRSCH,

    Petitioner,

v.                                            Case No. 6:05-cv-749-Orl-31KRS

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, *et al.*,

    Respondents.

## **ORDER**

Petitioner's Motion for Leave to Proceed In Forma Pauperis On Appeal (Doc. No. 30, filed October 27, 2006) is **DENIED**. Any appeal by Petitioner would not be taken in good faith because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).

**DONE AND ORDERED** at Orlando, Florida, this 2nd day of November, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 11/2
Patricia Hirsch
Counsel of Record